McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-400

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 6:06-MJ-00144-WMW |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | PRELIMINARY HEARING |
| ) | |
| DEEPAK PATHANIA, ) | and ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

   WHEREAS, the Defendant Deepak Pathania made his initial appearance in this case on August 11, 2006, before Magistrate Judge William M. Wunderlich, in Yosemite National Park, California;

   WHEREAS, the Preliminary Hearing in this case has been scheduled for August 25, 2006, at 11:00 a.m. before Magistrate Judge Sandra M. Snyder, in Fresno, California;

   WHEREAS, the Defendant was released from custody on August 11, 2006, and is not currently in custody pending the preliminary hearing;

   WHEREAS, under Rule 5.1 (c) of the Federal Rules of Criminal Procedure, for a defendant not in custody the preliminary hearing must be held no later than 20 days after the initial appearance, that is, by August 31, 2006;

   WHEREAS, with the Defendant's consent and upon a showing of good cause, a magistrate judge may extend the time limits for the holding of the preliminary hearing; and

   WHEREAS, the parties wish to extend the date of the preliminary hearing two weeks,

1

1 until September 8, 2006, to give the parties an opportunity to negotiate a possible resolution of
2 this matter.
3     IT IS HEREBY STIPULATED between the parties through their respective counsel, and
4 with the express consent of the Defendant, that the preliminary hearing currently scheduled for
5 August 25, 2006, at 11:00 a.m., may be continued to September 8, 2006, at 10:30 a.m., before the
6 Magistrate Judge Sandra M. Snyder, Fresno, California. *.
7     The parties agree that the delay resulting from the continuance shall be excluded in the
8 interests of justice, including but not limited to, the need for the indicated period of time for
9 effective preparation, pursuant to 18 U.S.C. Section 3161(h)(8), subsections (A), (B), and
10 (B)(iv).

11 DATED: August 24, 2006          McGREGOR W. SCOTT
                                      United States Attorney
12
13                           By:   /s/ Mark J. McKeon
14                               MARK J. McKEON
                                      Assistant U.S. Attorney

15 DATED: August 24, 2006           /s/ Mark A. Lizarraga
16                               MARK A. LIZARRAGA
                                      Assistant Federal Defender
17                                       Attorney for Defendant,
                                      DEEPAK PATHANIA
18

19                        CONSENT OF THE DEFENDANT
20 It has been explained to me by my attorney, Mark A. Lizarraga, that I have the right to a
21 preliminary hearing within 20 days of my initial appearance before Magistrate Judge William M.
22 Wunderlich on August 11, 2006.  I consent to extending the date of the preliminary
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

1 | hearing to September 8, 2006 for the reasons set forth in this Stipulation and Order.

2 | DATED: August 24, 2006                    /s/ Deepak Pathania
                                               DEEPAK PATHANIA
3 |                                            Defendant

4 |

5 |                                  ORDER

6 |     IT IS SO ORDERED.  Time is hereby excluded, pursuant to 18 U.S.C. § 3161(h)(8),

7 | subsections (B)(i) and(B)(iv) .

8 |     *Preliminary Hearing is continued from August 25, 2006 before Judge Snyder to

9 | SEPTEMBER 8, 2006 at 10:30 a.m. before Judge O'Neill.

13 | IT IS SO ORDERED.

14 | **Dated:    August 24, 2006**                    /s/ **Sandra M. Snyder**
     icido3                                         UNITED STATES MAGISTRATE JUDGE

3