McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 6:06-MJ-144-WMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | PRELIMINARY HEARING |
| | ) | |
| DEEPAK PATHANIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, the Defendant Deepak Pathania made his initial appearance in this case on August 11, 2006, before Magistrate Judge William M. Wunderlich, in Yosemite National Park, California;

   WHEREAS, the Preliminary Hearing in this case was scheduled for August 25, 2006, at 11:00 a.m. before Magistrate Judge Sandra M. Snyder, in Fresno, California;

   WHEREAS, the Defendant was released from custody on August 11, 2006, and is not currently in custody pending the preliminary hearing;

   WHEREAS, under Rule 5.1 (c) of the Federal Rules of Criminal Procedure, for a defendant not in custody the preliminary hearing must be held no later than 20 days after the initial appearance, that is, by August 31, 2006;

   WHEREAS, with the Defendant's consent and upon a showing of good cause, a magistrate judge may extend the time limits for the holding of the preliminary hearing; and

   WHEREAS, the parties previously agreeed to extend the date of the preliminary hearing

1 two weeks, until September 8, 2006, to give the parties an opportunity to negotiate a possible
2 resolution of this matter;
3    WHEREAS, the Defendant has advised the Government that he has a pre-paid trip
4 scheduled for September 8, 2006 to October 15, 2006, and therefore he has requested that the
5 preliminary hearing be rescheduled for the end of October.
6    IT IS HEREBY STIPULATED between the parties through their respective counsel, and
7 with the express consent of the Defendant, that the preliminary hearing currently scheduled for
8 September 8, 2006, at 10:30 a.m., may be continued to October 27, 2006, at 10:30 a.m., in
9 Fresno, California.
10    The parties agree that the delay resulting from the continuance shall be excluded in the
11 interests of justice, including but not limited to, the need for the indicated period of time for
12 effective preparation, pursuant to 18 U.S.C. Section 3161(h)(8), subsections (A), (B), and
13 (B)(iv).

14 DATED: August 29, 2006                    McGREGOR W. SCOTT
                                             United States Attorney

16                                    By:    /s/ Mark J. McKeon
                                             MARK J. McKEON
17                                           Assistant U.S. Attorney

18 DATED: September 1, 2006                   /s/ Mark A. Lizarraga
                                             MARK A. LIZARRAGA
19                                           Assistant Federal Defender
                                             Attorney for Defendant,
20                                           DEEPAK PATHANIA

22                        CONSENT OF THE DEFENDANT
23 It has been explained to me by my attorney, Mark A. Lizarraga, that I have the right to a
24 preliminary hearing within 20 days of my initial appearance before Magistrate Judge William M.
25 Wunderlich on August 11, 2006. I consent to extending the date of the preliminary
26 ///
27 ///
28 ///

hearing to October 27, 2006 for the reasons set forth in this Stipulation and Order.

DATED: September 1, 2006                   /s/ Deepak Pathania
                                          DEEPAK PATHANIA
                                          Defendant

## ORDER

The Court finds good cause to extend due to the reason outlined in the stipulation, to wit: the unavailability of the defendant to discuss possible resolutions with counsel, and possibly resolve the matter.

Time is hereby excluded, pursuant to 18 U.S.C. § 3161(h)(8), subsections (B)(i) and(B)(iv)

IT IS SO ORDERED.

**Dated:   September 7, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                      UNITED STATES MAGISTRATE JUDGE

3