McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br>DEEPAK PATHANIA,                   )<br>                                   )<br>            Defendant.             )<br>_____) | CASE NO.: 6:06-MJ-144-WMW<br><br>STIPULATION TO CONTINUE<br>STATUS HEARING ON<br>RESTITUTION |

The parties, by and through their undersigned attorneys, hereby stipulate that the Status Hearing on Restitution, presently scheduled for May 10, 2007, at 1:30 p.m. before Magistrate Judge Dennis L. Beck, may be continued until May 17, 2007, at 1:30 p.m.

The reason for this stipulation is so that more complete

///
///
///
///
///
///
///

1

information on the amount of the victim's claimed loss can be made available to the court and the parties.

DATED: May 9, 2007                      McGREGOR W. SCOTT
                                        United States Attorney

                                   By:  /s/ Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney

DATED: May 9, 2007                       /s/ Steve Betz
                                        STEVE BETZ
                                        Assistant Federal Defender
                                        Attorney for Defendant,
                                        DEEPAK PATHANIA

**ORDER**

IT IS SO ORDERED.

   **Dated:   May 10, 2007**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE