1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARRIE LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DEEPAK PATHANIA

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   NO.  6:06-mj-0144
                                      )
12            *Plaintiff/Appellant,*  )   **AMENDED**
                                      )   STIPULATION TO CONTINUE STATUS
13       v.                           )   HEARING ON RESTITUTION; AND ORDER
                                      )   THEREON
14  DEEPAK PATHANIA,                  )
                                      )   Date:  December 13, 2007
15            *Defendant*/Appellee.   )   Time: 10:00 a.m.
                                      )   Dept : Hon. Dennis L. Beck
16  _____   )

17       **DUE TO THE COURT'S UNAVAILABILITY TO PROCEED WITH THE STATUS**

18  **HEARING ON RESTITUTION ON DECEMBER 6, 2007, AS PREVIOUSLY STIPULATED TO,**

19  **THE STIPULATION IS AMENDED AS F OLLOWS:**

20       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

21  attorneys of record herein, that the status hearing regarding restitution, in the above captioned matter,

22  presently set for November 8, 2007 at 10:00 a.m., may be continued to **December 13, 2007 at 10:00 a.m.**

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  counsel will is unavailable on the date presently set.

2

3       DATED:  November 7, 2007              McGREGOR W. SCOTT
                                              United States Attorney
4

5
                                              By /s/ Mark J. McKeon
6                                                MARK J. McKEON
                                                 Assistant U.S. Attorney
7                                                Attorney for Plaintiff

8

9       DATED:  November 7, 2007              DANIEL J. BRODERICK
                                              Federal Defender
10

11
                                              By /s/ Carrie S. Leonetti
12                                               CARRIE S. LEONETTI
                                                 Assistant Federal Defender
13                                               Attorney for Defendant

14

15

16

17      IT IS SO ORDERED.

18

19         IT IS SO ORDERED.

20         Dated:   **November 13, 2007**            **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

2